UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERTRUDE KENNEDY,

          NO. CIV. S-11-0066 LKK/KJN

    Plaintiff,

  v.

          O R D E R

WORLD ALLIANCE FINANCIAL CORP.; ORANGE COAST TITLE COMPANY; and DOES 1 through 20, inclusive of unidentified representatives of defendant WORLD ALLIANCE FINANCIAL CORP., who personally solicited,

    Defendants.
_____/

    Pending before the court in the above-captioned case is a motion to dismiss by defendant World Alliance Financial Corp. (Doc. No. 5). The court does not find oral argument necessary in this matter. Accordingly, the hearing on the above motion currently set for February 28, 2011 is VACATED. Deadlines for filing reply memoranda, if any, remain unchanged.

    IT IS SO ORDERED.

    DATED: February 18, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1