IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERTRUDE KENNEDY,

    Plaintiff,                                No. CIV S-11-0066 LKK CKD

    vs.

WORLD ALLIANCE FINANCIAL CORP, et al.,

    Defendants.                             <u>ORDER</u>

_____/

        Defendant's motion to compel plaintiff's deposition is noticed for hearing on April 25, 2012. Because oral argument is not of material assistance, this matter is submitted on the briefs. E.D. Cal. L.R. 230(g). Upon review of the documents in support, no opposition having been filed, and upon review of the joint statement regarding discovery disagreement, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1. Defendant's motion to compel (dkt. no. 17) is granted. No later than May 18, 2012, plaintiff shall appear for her deposition at the time and place noticed for deposition by defendant. Plaintiff is cautioned that failure to appear for her deposition may result in a recommendation that the action be dismissed.

/////

/////

1

1       2. The Clerk of Court is directed to to serve a courtesy copy of the order on plaintiff Gertrude Kennedy at the following two addresses: 25830 Iris Avenue, Unit C, Moreno Valley CA 92551; and 530 Russell Street, Vallejo, CA 94591.

      3. Reasonable expenses in the amount of $1875.00 are granted to defendant World Alliance Financial Corp. against plaintiff.

Dated: April 19, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
kennedy.mtc