UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERTRUDE KENNEDY,

         Plaintiff,

    v.

WORLD ALLIANCE FINANCIAL CORP.; ORANGE COAST TITLE COMPANY; and DOES 1 through 20, inclusive of unidentified representatives of defendant WORLD ALLIANCE FINANCIAL CORP., who personally solicited,

         Defendants.

_____/

NO. CIV. S-11-0066 LKK/KJN

O R D E R

    On May 23, 2012, this court issued an order granting counsel for Plaintiff's motion to withdraw as attorney of record. Order, ECF No. 28. In the order, Plaintiff was advised to obtain substitute legal counsel. Id. at 2. Plaintiff has not yet advised the court of the name of her new counsel or if she elects to proceed in propria persona.

    On June 8, 2012, Defendant Orange Coast Title Company filed a motion to dismiss, the hearing for which is currently set for

1

1 | July 9, 2012 at 10:00 A.M.  Def's Mot., ECF No. 29.
2 |     In accordance with the May 23, 2012 order granting plaintiff's
3 | counsel's motion to withdraw, Plaintiff is GRANTED one hundred and
4 | twenty (120) days to find replacement counsel and to notify the
5 | court of the name of her new counsel or if she elects to proceed
6 | pro se.  See L.R. 183.  Failure to notify the court within 120 days
7 | may result in dismissal of this case for lack of prosecution.
8 |     The hearing on Defendant's Motion to Dismiss, ECF No. 29, is
9 | CONTINUED to December 3, 2012 at 10:00 A.M.
10 |     IT IS SO ORDERED.
11 |     DATED:  June 28, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT